Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Gralow,<br><br>        Plaintiff,<br><br>  v.<br><br>Milton R. Kreb and Whitney L. Miller Kreb,<br><br>        Defendants. | Case No. 5:22-cv-07141-BLF<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff Christine Gralow and Defendants Milton R. Kreb and Whitney L. Miller Kreb hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: August 24, 2023                Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff

Dated: August 24, 2023                Lewis Brisbois Bisgaard & Smith LLP

_____
By: Cynthia Shambaugh

Attorneys for Defendant

**<u>SIGNATURE ATTESTATION</u>**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in its contents and have authorized the filing.

Dated: August 24, 2023                    Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff